UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 10-23721-CV-LENARD/TURNOFF

LUCAS ENTERTAINMENT, INC.,

    Plaintiff,

vs.

DOE 56,

    Defendant,
_____/

## ORDER DENYING DEFENDANT'S MOTION TO QUASH SUBPOENA OR ALTERNATIVE MOTION FOR PROTECTIVE ORDER

**THIS CAUSE** is before the Court upon Defendant's Motion to Quash Subpoena or Alternative Motion for Protective Order **[DE1]**, an Order of Reference entered by the Honorable Joan A. Lenard on October 18, 2010 **[DE6]**, and this Court's Order dated October 19, 2010. **[DE7]**.

A hearing on this Motion **[DE1]** took place before the undersigned on November 5, 2010.

Upon review of the Motion **[DE 1]**, the court file, and consistent with the reasons stated in open Court, it is hereby **ORDERED AND ADJUDGED** that the Motion **[DE1]** is **DENIED** *without prejudice*.

**DONE AND ORDERED** in Chambers at Miami, Florida on this 8 day of November 2010.

**WILLIAM C. TURNOFF**
**UNITED STATES MAGISTRATE JUDGE**

Copies:  Hon. Joan A. Lenard
           Counsel of Record